UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-03718-AH-PVCx | Date | July 24, 2026 |
| Title | *Aaron T Reddix v. Experian Information Solutions, Inc., et al.* | | |

Present: The Honorable Anne Hwang, United States District Judge

| | |
|---|---|
| Yolanda Skipper | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff: | Attorney(s) Present for Defendants: |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DISMISSING CASE FOR FAILING TO ESTABLISH *IN FORMA PAUPERIS* STATUS OR PAY FILING FEE; ENTRY OF JUDGMENT [JS-6]**

All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1).

On June 10, 2026, the Court postponed ruling on Plaintiff's request to proceed IFP ("Request") because it was incomplete. Dkts. 4, 20. Plaintiff was directed to either: (1) refile a fully completed Request and a one-page statement; or (2) pay the full filing fee. Dkt. 20. The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice. *Id.*

To date, Plaintiff has not complied with the Court's Order. Accordingly, this action is **DISMISSED** without prejudice. *See Hymas v. U.S. Dep't of the Interior*, 73 F.4th 763, 765 (9th Cir. 2023) ("there [is] nothing for the district court to do but dismiss the action" when a plaintiff fails to establish IFP status and does not pay the filing fee), *cert. denied*, 144 S. Ct. 2604 (2024); *Otilia Luna v. U.S. Bank Tr. Co., et al.*, No. 2:25-CV-11987-CV-E, 2026 WL 980491, at *1 (C.D. Cal. Apr. 6,

2026) (action dismissed without prejudice where plaintiff did not respond to Court's order requiring fully completed IFP request or payment of filing fee).

**IT IS SO ORDERED**.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

.